# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA REDDING

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT |
| | INCLUDING SENTENCE UNDER |
| vs. | THE SENTENCING REFORM ACT |
| | |
| WILLIAM KENNETH GOODSON | CASE NUMBER 3:06-cr-0025 CMK |
| | |
| | <u>Aaron Williams</u> |
| | (Defendant's Attorney of Record) |

  THE DEFENDANT was found guilty on Count(s) 2, in the (X) Complaint ( ) Violation Notice, after a ( ) plea of guilty ( ) court trial.

  Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| TITLE & SECTION | NATURE OF OFFENSE | COUNT NO. | DATE |
|---|---|---|---|
| 36 CFR 4.23(a)(2) | Operate Vehicle w/ BA +.08 | 2 | 08/02/2006 |

  The defendant is sentenced as provided in pages 1 through 2 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[X] Count(s) 1 and 3 are dismissed pursuant to motion of the government, and the defendant is discharged as to such count(s).

[X] The fine imposed by this Judgment is $1,000.00, and is payable to the Clerk of Court at 501 I Street, Sacramento, California 95814.

[X] The mandatory special assessment imposed by this sentence is $10.00, and is payable to the Clerk of Court.

DEFENDANT: William Kenneth Goodson                    JUDGMENT - Page 2 of 2
CASE NUMBER: 3:06-cr-0025 CMK

    The defendant is placed on **Limited Supervised Probation** for twenty-four (24) months, and shall abide by the following standard conditions adopted by the court:

1. The defendant shall not commit another federal, state or local crime, and not illegally possess a controlled substance. Revocation of probation is mandatory for illegal possession of a controlled substance.

2. The defendant shall report, forthwith, to the probation officer and thereafter as directed.

3. The defendant shall answer truthfully all inquiries by the probation officer, and follow the instructions of the probation officer.

4. The defendant shall notify the probation officer within 72 hours of any change in residence or employment, and of any arrest, citation, or contact with law enforcement officers.

5. The defendant shall make payments on all financial obligations imposed by this judgment in installments as directed by the probation officer.

**The defendant shall comply with the following special conditions:**

1. The defendant shall abstain from the use of alcoholic beverages and shall not frequent those places where alcohol is the chief item of sale.

2. The defendant shall comply with the directives concerning the First Offender DUI Program, as directed by the California Department of Motor Vehicles.

3. The defendant shall not drive a motor vehicle without a valid driver's license and insurance.

Date of Sentencing: October 24, 2006

DATED:   October 26, 2006.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE